IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| AZURITY PHARMACEUTICALS, INC., ARBOR PHARMACEUTICALS, LLC, and TAKEDA PHARMACEUTICAL COMPANY LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>ZYDUS WORLDWIDE DMCC, ZYDUS PHARMACEUTICALS (USA) INC., and ZYDUS LIFESCIENCES LIMITED,<br><br>Defendants. | Civil Action No. 23-4152 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiffs Azurity Pharmaceuticals, Inc., Arbor Pharmaceuticals, LLC, and Takeda Pharmaceutical Company Limited, by their attorneys, hereby voluntarily dismisses this action without prejudice. Plaintiffs filed the Complaint on August 3, 2023, and Defendants have not yet served an answer or dispositive motion in this action. Accordingly, voluntary dismissal under Rule 41(a)(1)(A) is appropriate.

Respectfully submitted,

Dated: December 5, 2023

/s / *Cynthia S. Betz*
Cynthia S. Betz
Mark M. Makhail
**MCCARTER & ENGLISH, LLP**
4 Gateway Center
100 Mulberry St.
Newark, New Jersey 07102
(973) 622-4444
cbetz@mccarter.com
mmakhail@mccarter.com

OF COUNSEL:

Bruce M. Wexler
Chad J. Peterman

ME1 46941181v.1

-2-

Christopher P. Hill
Michael F. Werno
**PAUL HASTINGS LLP**
200 Park Avenue
New York, New York 10166
(212) 318-6000
brucewexler@paulhastings.com
chadpeterman@paulhastings.com
christopherhill@paulhastings.com
michaelwerno@paulhastings.com

*Attorneys for Plaintiffs Azurity
Pharmaceuticals, Inc. and Arbor
Pharmaceuticals, LLC*

William F. Cavanaugh, Jr.
Zhiqiang Liu
**PATTERSON BELKNAP WEBB & TYLER LLP**
1133 Avenue of the Americas
New York, New York 10036
(212) 336-2000
wfcavanaugh@pbwt.com
zliu@pbwt.com

*Attorneys for Plaintiff Takeda
Pharmaceutical Company Limited*

*Attorneys for Plaintiffs Azurity
Pharmaceuticals, Inc., Arbor
Pharmaceuticals, LLC, and Takeda
Pharmaceutical Company Limited*

SO ORDERED

_____
Robert Kirsch, U.S.D.J.
Date: 12/6/23